UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | No. 14-279 |
| INTEGRATED PRO SERVICES, LLC ET AL. | SECTION I |

## ORDER

Before the Court is a motion[1] filed by defendants to continue the submission date of plaintiff's motion[2] for default judgment. Defendants seek the continuance in order to allow time for the Court to first address their motion[3] to set aside the entry of default. Plaintiff opposes the continuance, stating that defendants "did not have good cause to ignore responding to a Federal Court complaint," that defendants have no defenses to the merits of the litigation, and that "[t]here is no reason to delay judgment in favor of [plaintiff]."[4]

"When the question for the trial court is a scheduling decision, such as whether a continuance should be granted, the judgment range is exceedingly wide, for, in handling its calendar and determining when matters should be considered, the district court must consider not only the facts of the particular case but also all of the demands on counsel's time and the court's." *Fontenot v. Upjohn Co.*, 780 F.2d 1190, 1193 (5th Cir. 1986). The Court finds that the interests of judicial economy and efficiency would best be served by addressing the motion to set aside the entry of default before considering whether default judgment is appropriate. Accordingly,

---

[1] R. Doc. No. 37.
[2] R. Doc. No. 35.
[3] R. Doc. No. 36.
[4] R. Doc. No. 39, at 1.

2

**IT IS ORDERED** that the motion to continue the submission date of plaintiff's motion for default judgment is **GRANTED**. Plaintiff's motion for default judgment will be taken under advisement on **Wednesday, May 21, 2014, at 9:00 AM**, without oral argument.

New Orleans, Louisiana, April 21, 2014.

*[signature]*
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**